Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:          mark@markmerin.com
                      paul@markmerin.com

Attorneys for Plaintiff
RICHARD S. MARTIN

Douglas R. Thorn (CA Bar No. 133521)
Law Office of Douglas R. Thorn
Olympus Corporate Center
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
(916) 735-9910
drthorn@surewest.net

Attorney for Defendants
TOWN OF PARADISE and PARADISE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD S. MARTIN,<br><br>               Plaintiff,<br><br>vs.<br><br>TOWN OF PARADISE, PARADISE POLICE DEPARTMENT, and DOES 1 through 50,<br><br>               Defendants. | Case No. 2:15-cv-00594-JAM-AC<br><br>**STIPULATION RE SETTING DEFENDANTS' DEFAULT ASIDE, FILING OF FIRST AMENDED COMPLAINT, AND FILING OF RESPONSIVE PLEADING;**<br>**ORDER** |

The parties hereby stipulate to the following:

1.      The default of Defendants TOWN OF PARADISE and PARADISE POLICE DEPARTMENT, entered by the Clerk of the Court on April 10, 2015 (ECF Doc. 7), shall be set aside.

2.      Plaintiff RICHARD S. MARTIN shall file with the Court a First Amended Complaint on or before May 1, 2015.

3.      The Law Office of Douglas R. Thorn shall accept and waive service of process on behalf

1

of any named Defendants who are employees of Defendants TOWN OF PARADISE or PARADISE POLICE DEPARTMENT named in Plaintiff's First Amended Complaint.

    4.    Defendants named in the First Amended Complaint represented by the Law Office of Douglas R. Thorn shall file with the Court a responsive pleading to Plaintiff's First Amended Complaint on or before May 15, 2015. The status of Defendant PARADISE POLICE DEPARTMENT as a public entity is disputed and reserved for determination in law and motion in the case.

Dated: April 21, 2015

                      Respectfully Submitted,
                      LAW OFFICE OF MARK E. MERIN

                        /s/ Mark E. Merin

                    By: _____
                        Mark E. Merin

                      Attorney for Plaintiff
                      RICHARD S. MARTIN

Dated: April 21, 2015

                      Respectfully Submitted,

                      Law Office of Douglas R. Thorn

                        /s/ Douglas R. Thorn
                        (as authorized on April 21, 2015)
                    By: _____
                      Douglas R. Thorn

                      Attorney for Defendants
                      TOWN OF PARADISE and
                      PARADISE POLICE DEPARTMENT

## **ORDER**

    Pursuant to the parties' stipulation, the foregoing is hereby ORDERED.

Dated:  4/21/2015

                        /s/ John A. Mendez_____
                      JOHN A. MENDEZ, DISTRICT JUDGE
                      UNITED STATES DISTRICT COURT