Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiff
RICHARD S. MARTIN

Douglas R. Thorn (CA Bar No. 133521)
Law Office of Douglas R. Thorn
Olympus Corporate Center
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
(916) 735-9910
drthorn@surewest.net

Attorney for Defendants
TOWN OF PARADISE and PARADISE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD S. MARTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF PARADISE, PARADISE POLICE DEPARTMENT, and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00594-JAM-AC<br><br>**STIPULATION RE FILING OF FIRST AMENDED COMPLAINT; FILING OF RESPONSIVE PLEADING; AND EXCHANGE OF INITIAL DISCLOSURES;<br>ORDER** |

　　　The parties hereby stipulate to the following:

　　　1.　　Plaintiff RICHARD S. MARTIN shall file with the Court a First Amended Complaint on or before June 26, 2015.

　　　2.　　The Law Office of Douglas R. Thorn shall accept and waive service of process on behalf of any named Defendants who are employees of Defendants TOWN OF PARADISE or PARADISE POLICE DEPARTMENT named in Plaintiff's First Amended Complaint.

1

**STIPULATION RE FILING OF FIRST AMENDED COMPLAINT AND FILING OF RESPONSIVE PLEADING**
*Martin v. Town of Paradise*; United States District Court, Eastern District of California, Case No. 2:15-cv-00594-JAM-AC

3. Defendants named in the First Amended Complaint represented by the Law Office of Douglas R. Thorn shall file with the Court a responsive pleading to Plaintiff's First Amended Complaint on or before July 24, 2015. The status of Defendant PARADISE POLICE DEPARTMENT as a public entity is disputed and reserved for determination in law and motion in the case.

4. The parties agree to exchange initial disclosures on or before July 10, 2015.

Dated: May 29, 2015

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
    Mark E. Merin

Attorney for Plaintiff
RICHARD S. MARTIN

Dated: May 29, 2015

Respectfully Submitted,
Law Office of Douglas R. Thorn

/s/ Douglas R. Thorn
(as authorized on May 29, 2015)
By: _____
    Douglas R. Thorn

Attorney for Defendants
TOWN OF PARADISE and
PARADISE POLICE DEPARTMENT

## **ORDER**

Pursuant to the parties' stipulation, the foregoing is hereby ORDERED.

Dated: June 1, 2015

/s/ John A. Mendez_____

U. S. District Court Judge