Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:        mark@markmerin.com
                   paul@markmerin.com

Attorneys for Plaintiff
RICHARD S. MARTIN

Douglas R. Thorn (CA Bar No. 133521)
Law Office of Douglas R. Thorn
Olympus Corporate Center
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
(916) 735-9910
drthorn@surewest.net

Attorney for Defendants
TOWN OF PARADISE and PARADISE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD S. MARTIN, | Case No. 2:15-cv-00594-JAM-AC |
| Plaintiff, | **STIPULATION RE CURRENTLY PENDING DEADLINES;  ORDER** |
| vs. | |
| TOWN OF PARADISE, PARADISE POLICE DEPARTMENT, and DOES 1 through 50, | |
| Defendants. | |

Wherefore, Plaintiff's current counsel, the Law Office of Mark E. Merin, seeks to withdraw as counsel of record for Plaintiff Richard S. Martin. Plaintiff's current counsel will be filing a motion to withdraw as Plaintiff's counsel of record.

The parties hereby stipulate that the deadlines currently associated with (1) the filing of Plaintiff's First Amended Complaint; (2) the filing of Defendants Town of Paradise and Paradise Police Department's responsive pleading; and (3) the parties' exchange of initial disclosures, pursuant to the

1

**STIPULATION RE CURRENTLY PENDING DEADLINES; [PROPOSED] ORDER**
*Martin v. Town of Paradise*; United States District Court, Eastern District of California, Case No. 2:15-cv-00594-JAM-AC

parties' previous stipulation (ECF No. 15), be suspended until after the Court's determination of Plaintiff's current counsels' motion to withdraw.

Dated: June 22, 2015                     Respectfully Submitted,
                                         LAW OFFICE OF MARK E. MERIN

                                              /s/ Mark E. Merin

                                         By: _____
                                              Mark E. Merin

                                         Attorney for Plaintiff
                                         RICHARD S. MARTIN


Dated: June 22, 2015                     Respectfully Submitted,
                                         Law Office of Douglas R. Thorn

                                              /s/ Douglas R. Thorn
                                              (as authorized on June 22, 2015)
                                         By: _____
                                              Douglas R. Thorn

                                         Attorney for Defendants
                                         TOWN OF PARADISE and
                                         PARADISE POLICE DEPARTMENT


## **ORDER**

Pursuant to the parties' stipulation, the foregoing is hereby ORDERED.

Dated:  June 26, 2015


                                          /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

2