UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOWN OF PARADISE, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-00594-JAM-AC<br><br><br>ORDER |

On September 15, 2015, the presiding district judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) after granting counsel for plaintiff's motion to withdrawal. ECF Nos. 20, 21. The parties' deadlines for exchanging initial disclosures and defendants' deadline for filing a responsive motion or pleading were suspended while counsel's motion to withdrawal was pending. ECF No. 19. This order will set new deadlines in this matter and set a new initial scheduling conference.

Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, THE COURT HEREBY ORDERS that:

1. Defendants must file a responsive motion or pleading with the court and serve plaintiff with said motion or pleading within twenty-one (21) days of the service of this order.

2. A Status (Pretrial Scheduling) Conference is set for February 24, 2016, at 10:00 a.m. in Courtroom No. 26 before the undersigned. All parties shall appear by counsel or in person if

acting without counsel.

    3. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

        a. Service of process;

        b. Possible joinder of additional parties;

        c. Any expected or desired amendment of the pleadings;

        d. Jurisdiction and venue;

        e. Anticipated motions and their scheduling;

        f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

        g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

        h. Special procedures, if any;

        i. Estimated trial time;

        j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

        k. Whether the case is related to any other cases, including bankruptcy;

        l. Whether a settlement conference should be scheduled;

        m. Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of her so acting, or whether they prefer to have a settlement conference before another judge;

        n. Any other matters that may add to the just and expeditious disposition of this matter.

    4. Plaintiff and counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 160). In addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the

motion has not been timely filed by that party." Moreover, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

DATED: October 8, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE