UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOWN OF PARADISE, et al.,<br><br>　　　　　　Defendants. | No. 2:15-cv-0594 JAM AC (PS)<br><br><br>FINDINGS AND RECOMMENDATIONS |

On February 19, 2016, the court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute. ECF No. 25. Plaintiff has not responded to the court's order, nor taken any action to prosecute this case.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's orders. See Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file

////

1

1  objections within the specified time may waive the right to appeal the District Court's order.
2  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: April 11, 2016

                                                    /s/ Allison Claire
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE